IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| EDDIE LORENZO BROWN, JR., | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:11-cv-01161 |
| | ) | |
| v. | ) | Judge Nixon |
| | ) | Magistrate Judge Brown |
| MICHAEL HARRIS, et al., | ) | |
| | ) | JURY DEMAND |
| Defendants. | ) | |
| | ) | |

## ORDER

Pending before the Court is Magistrate Judge Brown's Report and Recommendation ("Report"), recommending that this action should be dismissed without prejudice for Plaintiff Eddie Lorenzo Brown Jr.'s failure to prosecute this case. (Doc. No. 26.) The Report, which provided fourteen days for objections to be filed from the date of receipt (Doc. No. 26 at 4), was sent to Mr. Brown by certified mail, and he signed the return receipt card on January 10, 2013 (Doc. No. 28). To date, no objections have been filed.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. The case is hereby **DISMISSED without prejudice**.

It is so ORDERED.

Entered this \_\_\_\_30th\_\_\_\_ day of January, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT